UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. PLESCHCHUK, et al.,<br><br>　　　　　　Defendants. | No. 2:18-cv-1788 DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of October 22, 2018. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

　　2. Plaintiff is granted up to and including December 16, 2018 in which to file an amended complaint.

DATED: November 13, 2018

　　　　　　　　　　　　　　　　　　/s/  DEBORAH BARNES
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/howe1788.36amc